Homer Avery **WOOD, Plaintiff–Appellant,**

v.

**Dr. Donald V. MICKLOS; Linda Padgett, RN; R. Meadow; Cynthia A. Hester, Defendants–Appellees,**

and

**Beth Chadwick; Dr. John B. Smith, Defendants.**

No. 12–6980.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Homer Avery Wood, Appellant Pro Se. Elizabeth Pharr McCullough, Kelly Elizabeth Street, Young, Moore & Henderson, PA, Raleigh, North Carolina; Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Homer Avery Wood appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *Wood v. Micklos,* 2012 WL 1473400 (E.D.N.C. Apr. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*